IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL ACTION NO. 12-206 |
| | : |
| RYAN SEALS | : |

### MEMORANDUM AND ORDER

**Baylson, J.**                                                                                   **April 22, 2021**

    Defendant, Ryan Seals, by his counsel, has filed a Motion (ECF 73) for compassionate release due to his medical condition and the threat of covid-19 while in prison. The Motion details his medical condition, with a diagnosis of asthma and other respiratory ailments, and obesity. Extensive medical records are part of the motion papers, supplemented by the Government. The medical conditions are serious, but there is no claim or evidence that Mr. Seals has contracted covid-19 or is personally threatened by covid-19 anymore than any other person incarcerated in a prison.

    The Government has cited in opposition, Defendant's serious criminal record, and also the facts of this case, where in a jury trial, the Government introduced evidence that the Defendant shot at a person running into a house with other people standing around, and was convicted as a felon in possession of a firearm under 18 U.S.C. § 922(g)(1) and 924(3). The latter provision, required a mandatory minimum 15 year sentence as an "armed career criminal."

    The Government cites numerous cases in this and other courts that inmates having serious medical conditions do not qualify for release under the compassionate release statute.

    This Court finds that Defendant's medical condition, although of concern, does not warrant granting his release at this time. Defendant's serious criminal record, and the facts of

this case, raises substantial concerns about public safety.  In the absence of Defendant actually contracting covid-19 or a change in the Bureau of Prisons' so far substantial success in preventing the spread of covid-19 in prison populations, including the prison in which Defendant is currently incarcerated, the Court must conclude Defendant has not shown extraordinary or compelling reasons for granting compassionate release at this time.  The Motion is **DENIED**.

BY THIS COURT:

s/ Michael M. Baylson
_____
MICHAEL M. BAYLSON
United States District Court Judge

o:\lori criminal deputy\memos\12-206 memorandum.docx